DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karissa Jaylene Andrade,<br><br>    Plaintiff,<br><br>    vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:25-cv-00124-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER**<br><br>(Doc. 14) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 17, 2025 to July 17, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to the case recently being assigned to the undersigned Plaintiff's Counsel.  Counsel also has several merit briefs being due on the same week. For the weeks of June 17, 2025 and June 23, 2025, Plaintiff's Counsel has three Merit briefs, three Reply briefs, and seven EAJA negotiations and Motions due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                Respectfully submitted,

Dated: June 17, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                By: */s/ Dolly M. Trompeter*
                DOLLY M. TROMPETER
                Attorneys for Plaintiff


Dated: June 17, 2025        MICHELE BECKWITH
                Acting United States Attorney
                MATHEW W. PILE
                Associate General Counsel
                Office of Program Litigation
                Social Security Administration

                By:  */s/ Justin Lane Martin*
                Justin Lane Martin
                Special Assistant United States Attorney
                Attorneys for Defendant
                (*As authorized by email on June 17, 2025)

## ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including July 17, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 17, 2025**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE