DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Karissa Jaylene Andrade, <br><br> Plaintiff, <br><br> vs. <br><br> Frank Bisignano, COMMISIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:25-cv-00124-SKO <br><br> **STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER** |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 17, 2025 to August 18, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    Plaintiff submits this third request for an extension of time, supported by good cause. The extension is necessary because Plaintiff is awaiting the updated OCR and linked Certified Administrative Record (CAR) from Defendant. Counsel needs additional time to thoroughly brief the issues for the Court's review. Defendant does not oppose this request. Plaintiff makes this request in good faith and without intent to delay the proceedings. Counsel apologizes to both the Court and Defendant for any inconvenience caused.

1

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Respectfully submitted, |
| 3 | Dated: July 16, 2025 | PENA & BROMBERG, ATTORNEYS AT LAW |

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: July 16, 2025    MICHELE BECKWITH
                        Acting United States Attorney
                        MATTHEW W. PILE
                        Associate General Counsel
                        Office of Program Litigation, Office 7


By:   *_/s/ Franco L. Becia_
      Franco L. Becia
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on July 16, 2025)

**<u>ORDER</u>**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 18), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including August 18, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **July 17, 2025**                                  /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE