# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARISSA JAYLENE ANDRADE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No.  1:25-cv-00124-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOURT OF 42 U.S.C. § 405(g)**<br><br>(Doc. 28) |

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), (Doc. 28), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court SHALL enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall therefore close the case.

IT IS SO ORDERED.

Dated:   **March 23, 2026**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE